**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**James D. BOYD, Defendant/Appellant.**

**No. ED 102669**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: June 7, 2016

Nathan J. Aquino, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Kristina Starke Olson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

### ORDER

PER CURIAM

James D. Boyd appeals from the trial court's judgment entered after a jury trial convicting him of domestic assault in the second degree and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not commit reversible error. *State v. Julius*, 453 S.W.3d 288, 299 (Mo. App.E.D.2014). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).